**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

v.  Case No. 3:20-cr-97/TKW

**MARSHALL ANDY POPPLE, III**
_____/

## ACCEPTANCE OF PLEA OF GUILTY

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there have been no timely objections, the plea of guilty of the Defendant, MARSHALL ANDY POPPLE, III**,** to Count One of the indictment is hereby **ACCEPTED**.  All parties shall appear before this Court for sentencing as directed.

**DONE and ORDERED** this 22nd day of February, 2022.

*T. Kent Wetherell, II*
_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**